# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARY YATES and** | : | No. 3:15cv1505 |
| **CHRISTINA MARIE YATES,** | : | |
| Plaintiffs | : | (Judge Munley) |
| **v.** | : | |
| **PAUL THIEL and DANIEL COULTHARD,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 18th day May 2016, Defendant Daniel Coulthard's motion to dismiss (Doc. 15) plaintiffs' amended complaint is denied in part and granted in part as follows:

1) The motion is **DENIED** as moot with regard to the Fourteenth Amendment equal protection claim in Count II because plaintiffs indicate that they did not seek to plead such a claim;

2) The motion is **GRANTED** with regard to the Pennsylvania state constitutional claim in Count II, and the Pennsylvania state constitutional claim is hereby **DISMISSED**;

3) The motion is **DENIED** with regard to the Fourth Amendment excessive force claim in Count II and this claim shall proceed;

4) The motion is **GRANTED** with regard to Count V's negligent

infliction of emotional distress claim, and this claim is **DISMISSED**;

    5) The motion is **GRANTED** with regard to Count VII's loss of consortium claim, and this claim is **DISMISSED** and

    6) Defendant Daniel Coulthard is directed to file an answer to the complaint within fourteen (14) days from the date of this order.

                                          **BY THE COURT:**

                                          <u>**s/ James M. Munley**</u>
                                          **JUDGE JAMES M. MUNLEY**
                                          **United States District Court**